**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-cv-01358-PAB-STV

PANORAMA CONSULTING SOLUTIONS, LLC and
KHG HOLDINGS, LLC,

                Plaintiffs,

     v.

ERIC KIMBERLING and
THIRD STAGE CONSULTING GROUP, LLC,

                Defendants.

ERIC KIMBERLING,

                Counterclaim Plaintiff,

     v.

PANORAMA CONSULTING SOLUTIONS, LLC,
KHG HOLDINGS, LLC,
CALVIN HAMLER,
VANESSA DAVISON, and
SAMUEL CLARKE,

                Counterclaim Defendants.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF PLEADING**

Defendants Eric Kimberling and Third Stage Consulting Group, LLC (collectively, "Defendants") hereby provide notice to the Court and the Office of the Clerk of Court that as the result of the filing of Defendants' Partial Answer and Assertion of Counterclaims, *see* Defs.' Partial Answer and Assertion of Counterclaims, ECF No. 59 (filed Mar. 22, 2019), Defendants are withdrawing (without prejudice) their prior Counterclaim Complaint, *see* Def.'s Counterclaim, ECF No. 47 (filed Feb. 27, 2019), which is replaced and substituted by the assertion of

counterclaims contained in Defendants' Partial Answer and Assertion of Counterclaims (the aforementioned ECF No. 59).

Dated:  March 22, 2019

Respectfully submitted,

By:   s/ Brian Weinthal
      One of Defendants' Attorneys

      Jennifer Osgood
      josgood@bfwlaw.com
      CHIPMAN GLASSER
      2000 S. Colorado Boulevard, Tower 1
      Suite 7500
      Denver, Colorado 80222
      Telephone:     (303) 578-5789

      Brian Weinthal
      bweinthal@taftlaw.com
      Daniel R. Saeedi
      dsaeedi@taftlaw.com
      TAFT STETTINIUS & HOLLISTER LLP
      111 East Wacker Drive, Suite 2800
      Chicago, Illinois 60601
      Tel.:    (312) 836-4074

      *Counsel for Defendants Eric Kimberling*
      *and Third Stage Consulting Group, LLC*

24684567.1